IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

K. G., by and through
her mother and natural guardian,
Leigh Ann Gann                                                                                              PLAINTIFF

V.                                                             CAUSE NO.: 1:09CV300-SA-JAD

HOUSTON SCHOOL DISTRICT, SCHOOL ROCK
CAFÉ, d/b/a LASTING IMPRESSIONS, INC., a/k/a
TM, INC., and JOHN DOES 1-5                                                                          DEFENDANTS

## ORDER

Pursuant to an opinion issued this day,

1) Defendant Houston School District's Motion for Summary Judgment [32] is GRANTED;

2) Plaintiff's causes of action against Houston School District are dismissed; and

3) Houston School District is hereby terminated as a party to this action.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  29th  day of September, 2010.

                                                                /s/ Sharion Aycock
                                                              **U.S. DISTRICT JUDGE**